IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT L. SCHULZ, 2458 Ridge Road, Queensbury, NY 12804;<br><br>　　　　Plaintiff<br><br>　　v.<br><br>UNITED STATES; INTERNAL REVENUE SERVICE, 1111 Constitution Ave. NW, Washington, D.C. 20220, John Koskinen, Commissioner;<br><br>　　　　Defendants | ORDER TO SHOW CAUSE<br><br>CASE No. 1:15-cv-1299<br>BKS/CFH<br><br>U.S. DISTRICT COURT<br>N.D. OF N.Y.<br>FILED<br><br>JAN 1 2 2016<br><br>LAWRENCE K. BAERMAN, CLERK<br>ALBANY |

Upon the annexed Memorandum of Law and Affidavit of ROBERT L. SCHULZ, upon all the prior proceedings in this matter, and upon this Motion by ROBERT L. SCHULZ, it is

ORDERED, that attorney for defendant UNITED STATES and attorney for defendant INTERNAL REVENUE SERVICE show cause at a term of the Court to be held at James T. Foley U.S. Courthouse, 445 Broadway, Albany, NY 1222307 on the ____ day of _____, 2016 at _____ am, or as soon thereafter as counsel may be heard, why an order should not be made and entered herein prohibiting defendants from engaging in any lien or levy collection activity against Plaintiff Robert L. Schulz pursuant to the Notice of Penalty Charge by the Internal Revenue Service, dated March 9, 2015, (a copy of which is included in the annexed Affidavit at <u>Exhibit A</u>), pending a final determination of this case and any appeal therefrom.

SUFFICIENT CAUSE APPEARING, IT IS ORDERED, that in the meantime, and until the determination of the motion brought on by this Order to Show Cause, defendants shall on or before the ____ day of January, 2016 remove, cancel and otherwise release the Notice of Federal Tax Lien against ROBERT L. SCHULZ, dated November 24, 2015 and filed in the

1

office of the Warren County Clerk, Warren County, Lake George, NY 12845 (a copy of which is included in the annexed Affidavit at <u>Exhibit D</u>).

LET service of these papers be effectuated by personal service, facsimile or overnight delivery service, on or before the _____ day of _____, 2016 be good and sufficient service.

Opposing papers, if any, shall be filed and served on or before the ___ day of _____, 2016.

Signed this _____ day of _____, 2016

_____
Hon.


TO:   Richard Tartunian
      United States Attorney
      For the Northern District of New York
      U.S. Courthouse
      445 Broadway
      Albany, NY

      Greg Seador
      CTS, Northern Region
      U.S. Department of Justice
      P.O. Box 55
      Ben Franklin Station
      Washington, D.C. 20044
      Direct Line 202-307-2182
      Fax No. 202-514-5238

      Robert L. Schulz
      2458 Ridge Road
      Queensbury, NY 12804
      Home: 518-656-3578
      Cell: 518-361-8153

2