U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JAN 1 2 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

LAWRENCE K. BAERMAN, CLERK
ALBANY

| | | |
|---|---|---|
| ROBERT L. SCHULZ, | ) | |
| Plaintiff | ) | CASE No. 1:15-cv-1299 |
| v. | ) | BKS/CFH |
| | ) | |
| UNITED STATES; INTERNAL REVENUE | ) | |
| SERVICE, 1111 Constitution Ave. NW, | ) | |
| Washington, D.C. 20220, John Koskinen, | ) | |
| Commissioner; | ) | |
| Defendants | ) | |

## AFFIDAVIT OF SERVICE

ROBERT L. SCHULZ, being duly sworn, deposes and says:

1. I am a party to the matter captioned above.

2. On January 12, 2016, at __1:25__ PM I handed a true copy of the annexed Order to Show Cause and supporting Memorandum of Law and Affidavit to:

    __TANYA JOHNSM__ of the office of Richard Tartunian, the United States Attorney for the Northern District of New York at the U.S. Courthouse, 445 Broadway, Albany, NY.

3. On January 12, 2016, I mailed a true copy of the annexed Order to Show Cause and supporting Memorandum of Law and Affidavit by USPS, Express Mail to Greg Seador, CTS, Northern Region, Tax Division, Dept. of Justice, P.O. Box 55, Ben Franklin Station, Washington, D.C. 20044

_____
ROBERT L. SCHULZ
2458 Ridge Road
Queensbury, NY 12804

Sworn to before me
this 4th day of January, 2016

_____
Notary

CHRISTINE M. LATHAM
Notary Public, State of New York
Warren County  No. 04LA6234169
Commission Expires Jan. 18, 20__