

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY 10 2016
AT____O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

Robert L. Schulz
2458 Ridge Road
Queensbury, NY 12804

May 6, 2016

**VIA USPS PRIORITY MAIL**

Ms. Jacquelyne Yarbrough
Manager, Accounts Management
Internal Revenue Service
IRS, STOP 6525
Kansas City, MO 64999-0025

Re: 0342876785

Dear Ms. Yarbrough

I am in receipt of your letter dated April 28, 2016 (copy attached) in which you say my claim for refund cannot be given consideration because only $1,000 has been paid.

On December 19, 2014, I participated in a teleconference with my attorney, Samuel Lambert, IRS Revenue Agent David A. Gordon and Mr. Gordon's manager Chris, whose last name I understood to be "Delecazoto."

I had received a letter from Mr. Gordon that the IRS was contemplating a significant assessment against me (a $1,000 penalty for each of 225 documents I had mailed to people in 2003 for a total assessment of $225,000) pursuant to Section 6700 of the Internal Revenue Code.

During the teleconference, Mr. Lambert explained why he believed the IRS should give me an opportunity to present my evidence to the IRS about receiving no income from the alleged underlying activity before the IRS concluded whether it was appropriate to assess any amount against me pursuant to Section 6700.

During the teleconference, Mr. Lambert explained that it was unfair to assess such a large amount against me and to require me to pay 15% of a large penalty before giving me an opportunity to discuss the merits of the case with the IRS.

Mr. Lambert sent an email to Mr. Gordon on December 16, 2014, explaining our request for a teleconference, which stated as follows:

> David,
>
> Thank you for speaking with me and Robert Schultz [sic] today. The purpose of our call to you is that we believe Mr. Schultz should have an

> opportunity to make a presentation regarding the computation of the penalty before the penalty is assessed. There is no reason why we cannot sit down and discuss the facts prior to assessment.
>
> We intend to show that Mr. Schultz had no income from the activity (and we believe the government is already in possession of documents that would show this). Accordingly, the penalty amount against him is capped by Section 6700 at zero, and we do not believe that the government can assess a higher penalty in good faith without reviewing the facts regarding Mr. Schultz's income (or lack thereof) from the activity.
>
> It is unfair to require Mr. Schultz to pay 15% of some higher penalty amount before he can have an opportunity to even discuss the issue with the government.
>
> We do not want an assessment against Mr. Schultz to occur while we wait to schedule a meeting with your supervisor, so we request that a hold be placed on the account until we have a chance to discuss the matter with your supervisor.
>
> Thank you for your attention to this matter.
>
> Sam

Mr. Gordon stated during the teleconference that the IRS would assess pursuant to Section 6700 an amount of $225,000 against me, that after the amount was assessed, I would receive a notice, and that after receipt of the notice <u>I would have 30 days to pay 15% of one penalty ($150) and file a refund claim.</u>

It was significant to me and Mr. Lambert that the IRS believed that I would only need to pay 15% of one of the $1,000 penalties in order to file a refund claim, so Mr. Lambert asked Mr. Gordon to repeat that particular instruction. Mr. Gordon repeated it.

On March 5, 2015, my attorney Mr. Lambert received a Notice CP-15 from the IRS assessing $225,000 against me, just as Mr. Gordon explained would happen.

I then sent $1,000 to the IRS in Fresno, CA and Mr. Lambert filed a claim for refund on my behalf with the IRS in Andover, MA.

In November 2015, pursuant to Sections 6700 and 6703 of the Internal Revenue Code, I filed a lawsuit in the U.S. District Court, Norther Division (1:15-cv-1299), asking the Court to determine the amount of the penalty to be zero. The matter is pending.

In view of the above, I respectfully request:
- a reconsideration of the agency's decision not to give any consideration to my claim for refund, and

- on reconsideration and review of my claim for refund, a determination that the penalty is zero.

Very truly yours,

*Robert L. Schulz*
Robert L. Schulz

CC:   Mr. Samuel Lambert, Esq.
      Ray, Quinney & Nebeker PC
      36 So. State Street Suite 1400
      Salt Lake City, UT 84111-1451

      Mr. David Gordon
      Internal Revenue Agent
      I.D. Number: 0693427
      Internal Revenue Service
      Washington, DC 20224

      Hon. Brenda K. Sannes
      U.S. District Court Judge
      Northern District of New York
      James M. Hanley Federal Building
      100 S. Clinton St.
      Syracuse, NY 13261

      Richard Tartunian
      United States Attorney
      For the Northern District of New York
      U.S. Courthouse
      445 Broadway
      Albany, NY

      Greg Seador
      CTS, Northern Region
      U.S. Department of Justice
      P.O. Box 55
      Ben Franklin Station
      Washington, D.C. 20044
      Direct Line 202-307-2182

```
IRS  Department of the Treasury
     Internal Revenue Service
     IRS, STOP 6525                      In reply refer to: 0342876785
     KANSAS CITY  MO  64999-0025         Apr. 28, 2016  LTR 916C    0
                                         REDACTED         200312 55        0
                                                                    00008244
                                                               BODC: WI


     ROBERT L SCHULZ
     2458 RIDGE RD
     QUEENSBURY  NY  12804
```

```
                  Kind of tax:  Individual
          Date claims received: Aug. 10, 2015
                  Tax periods:  Dec. 31, 2003
```

Dear Taxpayer:

If you were assessed a penalty under section 6700 you may file a claim for refund upon paying 15% of the penalty if you had done so within 30 days from the date of notice and demand. Otherwise, your claim must be filed within 2 years from the date you have paid the penalty in full. Because only $1,000.00 has been paid, your claim cannot be given consideration.

Your current balance for the tax period ended Dec. 31, 2003 is $232,578.82, which includes interest and applicable penalties figured to May 19, 2016. We will continue to charge interest and applicable penalties until you pay your balance in full.

                              PAYMENT OPTIONS

PAY NOW ELECTRONICALLY
We offer free payment options to securely pay your bill directly from your checking or savings account. When you pay online or from your mobile device, you can:
        - Receive instant confirmation of your payment
        - Schedule payments in advance
        - Modify or cancel a payment before the due date

You can also pay by debit or credit card for a small fee. To see all of our payment options, visit www.irs.gov/payments.

PAYMENT PLANS
If you can't pay the full amount you owe, pay as much as you can now and make arrangements to pay your remaining balance. Visit www.irs.gov/paymentplan for more information on installment agreements and online payment agreements. You can also call us at 1-800-829-0922 to discuss your options.

OFFER IN COMPROMISE
An offer in compromise allows you to settle your debt for less than the full amount you owe. If we accept your offer, you can pay with

```
                                                              0342876785
                                     Apr. 28, 2016   LTR 916C   0
                                       REDACTED         200312 55      0
                                                                00008245
```

ROBERT L SCHULZ
2458 RIDGE RD
QUEENSBURY  NY  12804




either a lump sum cash payment plan or periodic payment plan. To see
if you qualify, use the Offer in Compromise Pre-Qualifier tool on our
website. For more information, visit www.irs.gov/offers.

ACCOUNT BALANCE AND PAYMENT HISTORY
For information on how to obtain your current account balance or
payment history, go to www.irs.gov/balancedue.

If you mail a payment, make your check or money order payable to the
United States Treasury and provide on each payment your:

- Name
- Address
- Taxpayer identification number
- Daytime telephone number
- Tax period
- Tax form

You can get any of the forms or publications you need from our website
at www.irs.gov/formspubs or by calling 1-800-TAX-FORM
(1-800-829-3676).

If you have questions, you can call us at 1-800-829-0922.

If you prefer, you can write to us at the address shown at the top
of the first page of this letter.

When you write, include this letter and provide in the spaces below,
your telephone number with the hours we can reach you. Keep a copy
of this letter for your records.

Telephone number (    )_____  Hours_____

Thank you for your cooperation.


A copy of this letter and any referenced enclosures have been
forwarded to your authorized representative(s).

```
                                            0342876785
                         Apr. 28, 2016   LTR 916C    0
                         REDACTED        200312 55      0
                                            00008246
```

ROBERT L SCHULZ
2458 RIDGE RD
QUEENSBURY  NY  12804


Sincerely yours,

*Jacquelyne Yarbrough*

Jacquelyne Yarbrough
Manager, Accounts Management

Enclosures:
Copy of this letter
Publication 1

PRIORITY MAIL

FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*

* Domestic only

PICKUP AVAILABLE

INSURANCE INCLUDED*

USPS TRACKING™ INCLUDED*

DATE OF DELIVERY SPECIFIED*

Expected Delivery Day: 05/09/2016

USPS TRACKING NUMBER

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

U.S. POSTAGE
GLENS FALLS, NY
MAY 7 16
AMOUNT
$6.45
R2305B102828-17

FROM: R. Schulz
2458 12.09e AB
Queensbury, N.Y. 12804

TO: Hon. Brenda Stannes
U.S. District Court Judge
James M. Hanley Fed. Bld'g
100 S. Clinton St.
Syracuse, N.Y. 13261

U.S. DISTRICT COURT
LAWRENCE K. BAERMAN, CLERK
RECEIVED
MAY 10 2016

VISIT US AT USPS.COM®

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

UNITED STATES POSTAL SERVICE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; April 2015; All rights reserved.